

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00436-CV

| | | |
|---|---|---|
| Carroll Craig Bolin and Mary Kathalina Bolin | § | From the 271st District Court |
| | § | of Wise County (CV13-05-429) |
| v. | § | March 13, 2014 |
| First State Bank | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM